US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT, FOR THE
WESTERN DISTRICT OF ARKANSAS,
FORT SMITH DIVISION

SEP 10 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

| | |
|---|---|
| BARBARA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 12-2203 |
| v. | ) |
| | ) |
| JOHN ATWELL, and | ) |
| NEW PRIME, INC. | ) |
| | ) |
| Defendants. | ) |

## PETITION

### Count I

COMES NOW Plaintiff Barbara Brown (hereinafter referred to as "Plaintiff"), by *Pro se* and for her cause of action against Defendant John Atwell, (hereinafter referred to as "Defendant Atwell"), Defendant, New Prime, Inc., (hereinafter referred to as "Defendant Prime"), states and alleges as follows:

1. Jurisdiction of 6th Amendment for this cause of action in lieu of Judiciary Conduct of depravation of counsel for redress (U.S. Supreme Court Rule 28 U.S.C. 1257 (3)) because the State Law chartered law firms and State licensed attorneys have repeatedly deprived the Plaintiff of legal counsel have now benefitted from the infringement upon Plaintiff's State Protection Rights under the Due Process clause; Missouri Constitutional Bill of Rights, Article I, Section 14, and First Amendment of the U.S. Constitution, since the fruit of that misconduct - a deficiency in the Plaintiff's *Pro se* petition is the foreseeable result and sole

1

objective of the Defendants of furthering their position to prevent the Plaintiff from having physical evidence evaluated and the case judged on its own merits. .

2. The case in question is Defendants Atwell and Prime on August 23, 2005, did fail to yield to the flow of traffic, drive a commercial vehicle three (3) times into the side of the commercial vehicle Plaintiff was operating. This accident, in which Defendant Atwell was cited, occurred in the Pilot Travel Center (Truck Stop), located in Cumberland County, Pennsylvania. Plaintiff has gone through three (3) Judiciary processes and procedures (Social Security Administration, Worker's Compensation and 8th Circuit Court of Appeals' decision on Accident Death and Dismemberment Insurance), being rendered 100% disabled,

3. Throughout the Judiciary process:

(a) Plaintiff did have two attorneys under contract from October 19, 2005 to March 4, 2011, (five (5) years, five (5) months), and neither attorney secured the chain of evidence nor brought to fruition through litigation a Trial by Jury or a settlement,

```
JAMES E CORBETT, ATTORNEY,        CALLIS L CHILDS, ATY AT LAW
2015 E PHELPS STREET              243 HIGHWAY 64 EAST
SPRINGFIELD MO 65820              CONWAY AR 72032;
```

(b) Judiciary process under His Honorable Mike J. Cordonnier, Greene County Circuit Judge, Division I, did permit hired counsel to withdraw and did under *duress* appoint Plaintiff *Pro se*,

(c)   *Pro se* petitioned the Court for appointment of legal counsel, quoting the 13th Amendment reference to CJS ATTNCLI § 139 7A C.J.S. Attorney and Client § 139 [2] which was denied,

(d)   Judge Cordonnier did make jest that *Pro se* was not qualified to litigate and denied all petitions presented, including an evidentiary hearing and plea, in open Court, for Trial by Jury,

(e)   Upon appealing to the Missouri Court of Appeals; the judgment took the same perspective upon *Pro se* lack of legal background as did the lower Court,

(f)   After struggling with the Missouri Court of Appeals, Plaintiff asked for application for transfer to the Missouri Supreme Court, which was denied.

4.   "When the voices of many drum the one's rights, then many will suffer." (Unknown) When does the voice of the many without legal precedence have the right to trample on the rights of the one for the privileged few?

5.   Change of Venue, cause of action lie in the United States District Court, for the Western District of Arkansas, Fort Smith Division, for reasons that both Defendants operate under Federal laws governing Interstate Commerce Freight, *Pro se* debilitation, and due to the prejudicial conduct of the Missouri Court's System.

WHEREFORE Plaintiff prays for judgment motion to be provided with equal protection under law (appointment of assistant or Legal Counsel), as well as New Trial under Federal Jurisdiction.

## Count II

COMES NOW Plaintiff Barbara Brown (hereinafter referred to as "Plaintiff"), by *Pro se*, and for cause of action against Defendants (Greene County Circuit Court Judge, Division I, His Honorable Judge Mike J. Cordonnier, Missouri Court of Appeals, Missouri Supreme Court, and any and all other participates, including attorneys), states and alleges as follows:

1. Plaintiff incorporates by this reference each and every allegation in Count I, Paragraphs 1 through 3 of this Petition, fully demonstrates the right to pursue charges of Sedition, Violation of Civil Rights, U.S. Constitutional privileges, Missouri Constitutional privileges, Violation of 18 USC § 1505, Title 18, Part 1, Chapter 73, upon **STUART H. KING, HOSMER, KING & ROYCE,**

    **313 S GLENSTONE, SPRINGFIELD MO 65802,**

    any and all persons involved in this case,

2. The Plaintiff's position is that those members of the legal profession who have ignored the integrity of the law and constitutional privileges have become an accessory before, during and after the fact of the infractions of civil and criminal law in this case,

3. Plaintiff's citizen's right to challenge the Constitutionality of the position of the Missouri Judicial System and the rulings in this case,

4. Motion for formal Federal Investigation on grounds:

(a) When, how and why the Judicial process failed to preserve the integrity of the law, basic Constitutional privileges, as well as provide equal protection under law?

4

(b) Why did not the Missouri Judiciary process render one judgement reflected on whether it was legal to conduct oneself in the manner as did Defendants Atwell and Prime;

(c) Nor was any ruling set forth to identify the laws that made this action legal,

(d) Plaintiff's evidence and merits of this case have not been judged,

WHEREFORE Plaintiff prays for judgment to reinstate legal citizenship, Plaintiff's Constitutional privileges, equal protection under law, right of Trial by Jury and Federal Investigation.

*Barbara Brown*
Barbara Brown
Counsel of Records


Barbara Brown
1201 No 35th Street
Fort Smith, AR 72904
(479) 739-1010


cc: United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Special Litigation Section
Washington, DC 20530