IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BARBARA BROWN                                                    PLAINTIFF

v.                          Case No. 12-2203

JOHN ATWELL and
NEW PRIME, INC.                                                 DEFENDANTS

## ORDER

    Now on this 5th day of April 2013, there comes on for consideration the report and recommendation filed herein on March 22, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 28). Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 29).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 19) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE as this Court lacks jurisdiction and, alternatively, the action is barred by the statute of limitations.

    IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**