**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
30 South 6th Street, Room 1038
FORT SMITH, ARKANSAS  72901
(479) 783-6833  FAX (479) 783-6308

CHRISTOPHER R. JOHNSON
CLERK

## Notice to Counsel and Pro Se Parties re Appeal

On the 15th day of April, 2013  a Notice of Appeal was filed in the case listed below:

       2:12CV2203; Barbara Brown v. John Atwell and New Prime, Inc.

The instructions/forms indicated with an 'X' below are sent  for your information/use:

  X    Notice of Appeal (for non-registered CM/ECF parties)

  X    Clerk's docket entries (for non-registered CM/ECF parties)

_____    Transcript order form (if testimony was taken) (Complete separate form for each court reporter and/or ECRO if hearings held before different judicial officers.)  File electronically with district clerk or conventionally, if non-registered party.  **Note: CJA24 forms must be submitted conventionally to the clerk's office.**

_____    Exhibit(s):
     _____    Trial/pre-trial exhibits were retained by the  court and **if designated** will be  forwarded by the clerk's office to the Court of Appeals.
     _____    Trial/pre-trial exhibits have been returned to counsel and  appellant should submit to the Court of Appeals  pursuant to 8th Circuit  L.R. 10A.

_____    Other  _____

                            Christopher R. Johnson, Clerk