# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1844

Barbara Brown

Appellant

v.

John Atwell and New Prime, Inc.

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Ft. Smith
(2:12-cv-02203-RTD)
_____

## MANDATE

In accordance with the opinion and judgment of 11/12/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 03, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit